**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ISRAEL ALVAREZ PEREZ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-269-Orl-28JGG**

**SANFORD-ORLANDO KENNEL CLUB,**
**INC., JACK COLLINS, and COLLINS &**
**COLLINS d/b/a CCC RACING,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Taxation of Attorney's Fees and Costs (Doc. No. 106), on Defendant Jack Collins Sr.'s Motion for Taxation of Costs (Doc. No. 107), and on Defendant Jack Collins Sr.'s Amended Motion for Taxation of Costs (Doc. No. 119).

The United States Magistrate Judge has submitted a Report recommending that Plaintiff's motion be granted in part and denied in part, that Defendant's motion be denied, and that Defendant's amended motion be stricken as untimely.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 20, 2007 (Doc. No. 123) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

     2.     Plaintiff's Motion for Taxation of Attorney's Fees and Costs (Doc. No. 106) is GRANTED in part and DENIED in part. Plaintiff shall recover from Defendants, Sanford-Orlando Kennel Club and Collins & Collins d/b/a CCC Racing, fees in the amount of $25,999.50 and costs in the amount of $3,099.79.

     3.     Defendant Jack Collins Sr.'s Motion for Taxation of Costs (Doc. No. 107) is DENIED.

     4.     Defendant Jack Collins Sr.'s Amended Motion for Taxation of Costs (Doc. No. 119) is STRICKEN as untimely.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 20, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record