UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISRAEL ALVAREZ PEREZ,

    Plaintiff,

vs.                          Case No.: 6:05-cv-00269-JA-KRS

SANFORD-ORLANDO KENNEL CLUB,
INC., a Florida Corporation,
COLLINS & COLLINS d/b/a CCC RACING,
a Florida General Partnership, and
JACK COLLINS, an individual,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO SUPPLEMENTAL BRIEFING ORDER

COME NOW Defendants, SANFORD-ORLANDO KENNEL CLUB, INC., COLLINS & COLLINS d/b/a CCC RACING and JACK COLLINS, ("Defendants"), by and through their undersigned counsel and responds to Magistrate Spaulding's Supplemental Briefing Order dated April 21, 2009 as follows:

**Defendants are not aware of any present financial interest or any other interest in this case of any of the lawyers of the law firm Akerman Senterfitt.**

DATED this 22nd day of April 2009.

                                          Respectfully Submitted,

                                          _/s/Barnett Q. Brooks_
                                          Barnett Q. Brooks, Esq.
                                          Florida Bar No.: 0700061
                                          OGLETREE, DEAKINS, NASH, SMOAK
                                             & STEWART
                                          100 N. Tampa Street, Suite 3600
                                          Tampa, Florida 33602

Tel.: (813) 289-1247
Fax: (813) 289-6530
barnett.brooks@ogletreedeakins.com

Trial Attorney for the Defendants

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing using the CM/ECF filing system which will send a notice of electronic filing to the following: Konstantine E. Pantas, Esquire**,** Pantas Law Firm, PA, 250 North Orange Ave., 11th Floor, Orlando, Florida 32801, on this 22nd day of April, 2009.

*/s/Barnett Q. Brooks*
Barnett Q. Brooks

7248752.1 (OGLETREE)